UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE OF JENNIFER J. NAGLE** |

PLEASE TAKE NOTICE that the undersigned counsel, Jennifer J. Nagle, of K&L Gates LLP, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New Jersey, and has no disciplinary matters pending against her, and hereby enters her appearance in the above-captioned cases as counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the e-mail address below.

Dated:  February 9, 2024	Respectfully submitted,


	*/s/ Jennifer J. Nagle*
	Jennifer J. Nagle
	K&L GATES LLP
	1 Congress Street
	Suite 2900
	Boston, MA 02114
	Tel:	(617) 261-3100
	Fax:	(617) 261-3175
	Email: jennifer.nagle@klgates.com

	*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                               */s/ Jennifer J. Nagle*
                                               Jennifer J. Nagle